**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>LTC HOLDINGS, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11111 (CSS) |
| In re<br><br>LTCCORP, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11112 (CSS) |
| In re<br><br>LTCCORP GOVERNMENT SERVICES, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11113 (CSS) |
| In re<br><br>LTCCORP GOVERNMENT SERVICES-MI, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11115 (CSS) |
| In re<br><br>LTCCORP GOVERNMENT SERVICES-OH, INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11116 (CSS) |
| In re<br><br>LTCCORP E&C INC.,<br><br>      Debtor. | Chapter 7<br><br>Case No. 14-11117 (CSS)<br><br>**Related D.I.\_\_\_** |

**ORDER AUTHORIZING AND DIRECTING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 7 CASES PURSUANT
TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1**

This matter came before the Court upon the motion of Alfred T. Giuliano (the "<u>Trustee</u>"), the chapter 7 trustee for the estates of (i) LTC Holdings, Inc.; (ii) LTCCORP, Inc.; (iii) LTCCORP Government Services, Inc.; (iv) LTCCORP Government Services-MI, Inc.; (v) LTCCORP Government Services-OH, Inc.; and (vi) LTCCORP E&C Inc. (collectively, the "<u>Debtors</u>"), for entry of an order authorizing and directing the joint administration of their respective chapter 7 cases for procedural purposes only pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1 (the "<u>Motion</u>"); and the Court having determined that granting the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors and equity holders; and upon the *Declaration of Alfred T. Giuliano,* as Trustee; and it appearing that adequate and proper notice of the Motion has been given as set forth in the Motion and that no other further notice need be given; and sufficient cause appearing therefore:

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED in its entirety.

2. The above-captioned Chapter 7 cases are consolidated pursuant to Fed. R. Bankr. P. 1015(b) for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LTC HOLDINGS, INC., *et al.*,[1] | : | Case No. 14-11111 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

5.      The Clerk of the Court is hereby directed to enter the following on the docket in the above-captioned cases:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the following chapter 7 cases: (i) LTC Holdings, Inc. (Case No. 14-11111); (ii) LTCCORP, Inc. (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LT (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (Case No. 14-11117). The docket in the main case, LTC Holdings, Inc. (Case No. 14-11111), should be consulted for all matters affecting this case."

Dated:

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE