IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LTC HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 14-11111 (CSS)<br>(Jointly Administered)<br><br>**Hearing Date: Only if Objection filed**<br>**Obj. Deadline: January 16, 2015 at 4:00 p.m.** |

**NOTICE OF SALE OF *DE MINIMIS* ASSETS PURSUANT TO**
**11 U.S.C § 363 AND COURT APPROVED PROCEDURES**

TO:   DEBTORS' COUNSEL, OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL FOR BMO HARRIS BANK, N.A., COUNSEL FOR LEXON INSURANCE COMPANY, COUNSEL FOR AIG CASUALTY COMPANY AND AFFILIATES, COUNSEL FOR EVERGREEN NATIONAL INDEMNITY COMPANY, ALL PARTIES WHO HAVE REQUESTED NOTICE IN ACCORDANCE WITH FED. R. BANKR. P. 2002, AND ALL PARTIES WHO HAVE EXPRESSED INTEREST IN PURCHASING THE *DE MINIMIS* ASSETS

Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the jointly administered estates (the "Estates") of LTC Holdings, Inc., *et al.* (the "Debtors"), proposes to sell certain *de minimis* assets (the "Sale") as described below to Edwards Truck Sales (the "Edwards Truck"), free and clear of all Liens (as defined in the Sale Order) under 11 U.S.C. § 363(f), with any Liens to attach to the Sale proceeds with the same validity, extent and priority as had attached to the *de minimis* assets prior to Sale pursuant to 11 U.S.C. §363 and as authorized by this Court's August 5, 2014 *Order Granting the Motion of the Chapter 7 Trustee for Entry of an Order Authorizing and Approving Procedures for the Sale or Abandonment of De Minimis Assets Pursuant to 11 U.S.C. §§ 105, 363 and 554, and Fed. R. Bankr. P. 6004 and 6007* [D.I. 147] (the "Sale Order").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

A copy of the Sale Order is attached hereto as **Exhibit "A"**, and incorporated by reference herein.

The terms of the proposed sale are set forth in Bill of Sale, dated December 31, 2014 by and between the Trustee and Edwards Truck (the "Bill of Sale"), a copy of which is attached hereto as **Exhibit "B"** and incorporated by reference herein. Pursuant to the terms of the Bill of Sale, Edwards Truck desires to purchase, and the Trustee, on behalf of the Debtors' estates, desires to sell the following *de minimis* assets to Edwards Truck for the sum of $99,500.00 (the "Purchase Price"):

| DE MINIMIS ASSET | PURCHASE PRICE |
|---|---|
| 2012 Dodge Ram 4500, VIN # 3C7WDLFL5CG188485 (odometer mileage 28,148 miles) | $17,653.58 |
| 2012 Ford F-450, VIN # 1FDOW4HT4CEB50782 (odometer mileage 27,083 miles) | $25,009.24 |
| 2013 Gatormade Trailer, VIN # 421GF4533DS003313 (odometer mileage N/A) | $1,471.13 |
| 2013 Gatormade Trailer, VIN # 421GF4538ES006113 (odometer mileage N/A) | $1,471.13 |
| 2013 Gatormade Trailer, VIN # 421GF4021DS000862 (odometer mileage N/A) | $1,471.13 |
| Wacker Neuson 20 Kilowatt Generator | $1,802.14 |
| Sullair 750 H. Air Compressor | $14,711.31 |
| Ridgid 535 Pipe Threading Machine | $1,029.79 |
| Caterpillar XQ30 Generator | $1,802.14 |
| Five (5) Magnum Light Towers | $10,665.71 |
| Six (6) Allmand Brothers, Inc. Light Towers | $12,798.85 |
| 2013 Haulmark Trailer, VIN # 16HPB1623DT027566 (odometer mileage N/A) | $6,307.48 |
| 2013 Lark Trailer, VIN # 5RTBE1622DD033426 (odometer mileage N/A) | $3,306.37 |

Edwards Truck is not an "insider" of any of the Debtors, BMO Harris Bank N.A., or the Trustee, as that term is defined in 11 U.S.C. § 101(31)(B). Pursuant to the *Chapter 7 Trustee's*

*Motion for Authority to Operate the Debtors' Business for a Limited Time Pursuant to 11 U.S.C. § 721* [D.I. 159; Filed on August 15, 2014] and subject to Bankruptcy Court approval in accordance with Section 330(a) of the Bankruptcy Code, Custom Mechanical Systems, Corp. ("CMS") is to be compensated in connection with the Sale as follows: (a) a commission equal to twenty-five percent (25%) of the net proceeds received from the Sale of the *de minimis* assets listed above (net of *other* costs and expenses incurred in connection with the Sale of the *de minimis* assets listed above) (the "Commission"); and (b) the reimbursement of any out-of-pocket costs and expenses incurred by CMS in connection with the Sale of the *de minimis* assets listed above (the "Expenses").  The total of the Commission and Expenses shall not exceed thirty-three percent (33%) of the net proceeds received from the Sale of the *de minimis* assets listed above (net of *other* costs and expenses incurred in connection with the Sale of the *de minimis* assets listed above).

You may oppose the Sale by filing an objection or other response with the Court on or before **January 16, 2015 at 4:00 p.m.** prevailing Delaware time, in writing, with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, North, Wilmington, DE 19801.

At the same time you must also serve a copy of the response upon the Trustee's attorneys:

| | | |
|---|---|---|
| L. John Bird, Esquire | | Michael G. Menkowitz, Esquire |
| Fox Rothschild LLP | -and- | Fox Rothschild LLP |
| 919 North Market Street, Suite 300 | | 2000 Market Street, 20th Floor |
| Wilmington, DE 19801-2323 | | Philadelphia, PA 19103-3222 |
| Fax (302) 656-8920 | | Fax (215) 299-2150 |

**A HEARING WILL BE HELD ON THE SALE ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES**

**SET FORTH ABOVE AND CANNOT BE RESOLVED BY THE PARTIES WITHOUT COURT INVOLVEMENT.**

**ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE OF AN BE HEARD AT SUCH A HEARING.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE SALE WILL DEEMED APPROVED PURSUANT TO 11 U.S.C. § 363 AND PURSUANT TO THE COURT'S AUGUST 5, 2014 SALE ORDER.**

**FOX ROTHSCHILD LLP**

By: */s/ L. John Bird*
    L. John Bird
    Delaware Bar No. 5310
    919 North Market Street, Suite 300
    Wilmington, DE  19801-2323
    Phone (302) 654-7444/Fax (302) 656-8920
    lbird@foxrothschild.com
        -and-
    Michael G. Menkowitz, Esquire
    Jason C. Manfrey, Esquire
    2000 Market Street, 20th Floor
    Philadelphia, PA  19103-3222
    Phone (215) 299-2000/Fax (215) 299-2150
    mmenkowitz@foxrothschild.com
    jmanfrey@foxrothschild.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of LTC Holdings, Inc., *et al.*

Dated:  December 31, 2014