## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| LTC HOLDINGS, INC., *et al.*,[1] | Case No. 14-11111 (CSS) |
| Debtors. | (Jointly Administered) |
| | Related Docket Nos. 349 & _____ |

**ORDER APPROVING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, PERMITTING THE ADVANCEMENT OF DEFENSE COSTS, UNDER THE DEBTORS' DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY**

Upon consideration of the *Stipulation for Relief from the Automatic Stay, to the Extent Applicable, to Permit Payment and/or Advancement of Defense Costs from the Proceeds of Directors and Officers Liability Insurance Policy* (the "Stipulation") attached hereto and marked as **Exhibit "A"**.

It is hereby **ORDERED** that:

1.        The Stipulation be and is hereby APPROVED in its entirety;

2.        This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____2-/18_____, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

DOCS_DE:195619.1 70867/004
ACTIVE 28919159V1 02/17/2015