IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LTC HOLDINGS, INC., *et al.*,[1] | : | Case No. 14-11111 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : Hearing Date: March 12, 2015 at 10:00 a.m. | |
| | : Objection Deadline: March 5, 2015 at 4:00 p.m. | |

## CERTIFICATION OF NO OBJECTION REGARDING D.I. NO. 357

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the *Fourth Motion of Chapter 7 Trustee for Order Further Extending the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Sections 365(a) and (d), and Fed. R. Bankr. P. 9006* (the "Motion") filed on January 26, 2015. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than March 5, 2015 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

FOX ROTHSCHILD LLP

By: */s/ L. John Bird*
L. John Bird (DE # 5310)
919 N. Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444/Fax (302) 656-8920
lbird@foxrothschild.com

-and-

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

ACTIVE 29236095v1

                                    Michael G. Menkowitz
                                    Jason C. Manfrey
                                    2000 Market Street, 20th Floor
                                    Philadelphia, PA 19103-3222
                                    (215) 299-2000/Fax (215) 299-2150
                                    mmenkowitz@foxrothschild.com
                                    jmanfrey@foxrothschild.com

Dated: March 9, 2015             Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of LTC Holdings, Inc. *et al.*

ACTIVE 29236095v1