## UNITED STATES BANKRUPTCY COURT
### _____ DISTRICT OF   Delaware

In re  LTC Holdings, Inc.                                    Case No.   14-11111
                    Debtors

### MONTHLY OPERATING REPORT
#### *For the Period 01/01/2015 through 01/31/2015*

**File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief**

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation.
Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession."
Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit
agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | X | |
| Certificates of Insurance: | | |
|   Workers Compensation | | |
|   Property | | |
|   General Liability | | |
|   Vehicle | | |
|   Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|   Tax Escrow Account | | |
|   General Operating Account | | |
|   Other: | | |
|   Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached
are true and correct to the best of my knowledge and belief.

_____                    _____
Alfred T. Giuliano - Chapter 7 Trustee                    3/14/15
                                                               /Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

                                                                                        FORM IR
                                                    (9/99)

# LTC Holdings Corp.
## Cash Receipts and Disbursements
For the Period (01/01/2015 - 01/31/2015)

| | LTC Holdings, Inc. | LTCCorp, Inc. | LTCCorp Government Services, Inc. | LTCCorp Government Services-MI, Inc. | LTCCorp Government Services-OH, Inc. | LTC Holdings Corp |
|---|---|---|---|---|---|---|
| | *14-11111* | *14-11112* | *14-11113* | *14-11115* | *14-11116* | |
| Beginning Cash Balance - December 31, 2014 | - | 324,711.14 | 341,566.34 | 51,397.18 | 101,007.57 | 818,682.23 |
| Bank of Montreal - Turnover of Funds | {1} | - | - | - | - | - |
| Turnover of Funds - Other | | - | - | - | - | - |
| Collection of Accounts Receivable | | - | - | - | - | - |
| Miscellaneous Refunds | - | - | 8,182.15 | - | - | 8,182.15 |
| Sale of Assets | - | - | 281,500.00 | - | 8,000.00 | 289,500.00 |
| TOTAL CASH RECEIPTS | - | - | 289,682.15 | - | 8,000.00 | 297,682.15 |
| Payments to Secured Creditor | - | - | - | - | - | - |
| Third Party Services Provided | - | (316.09) | (14,213.88) | (50.03) | (98.33) | (14,678.33) |
| Bank and Technology Service Fee | - | (419.10) | (727.02) | (73.92) | (177.00) | (1,397.04) |
| TOTAL CASH DISBURSEMENTS | - | (735.19) | (14,940.90) | (123.95) | (275.33) | (16,075.37) |
| Net activity for the month of December | - | (735.19) | 274,741.25 | (123.95) | 7,724.67 | 281,606.78 |
| Transfers | - | (250,000.00) | 250,000.00 | | | |
| Ending Cash Balance - January 31, 2015 | - | 73,975.95 | 866,307.59 | 51,273.23 | 108,732.24 | 1,100,289.01 |

{1} - Pursuant to the Bankruptcy Court's Order dated, May 16, 2014, Granting Motion of Bond Safeguard Insurance Company and Lexon Insurance Company to Lift the Automatic Stay and Authorizing the Sureties to Set Off Funds and/or Exercise Recoupment [D.I. 41], the Trustee shall hold in escrow all pre-petition contract funds received from Lexon Insurance Company for all pre-petition work performed by Debtors until further Order of the Court.

# LTC Holdings, Inc.
## Cash Receipts and Disbursements
### For the Period (01/01/2015 - 01/31/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity | |
|---|---|---|---|---|---|
| | | Beginning Cash on Hand (12/31/2014) | | $ - | |
| **Cash Receipts** | | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - | |
| | | Turnover of Funds - Other | | - | {1} |
| | | Collections of Accounts Receivable | | - | |
| | | Miscellaneous Refunds | | - | |
| | | Sale of Assets | | - | |
| | | TOTAL CASH RECEIPTS | | - | |
| **Cash Disbursements** | | | | | |
| | | Payment to Secured Creditor | | - | |
| | | Third Party Services Provided | | - | |
| | | Bank Service Charges | | - | |
| | | TOTAL CASH DISBURSEMENTS | | - | |
| | | Net Cash Activity through 01/31/15 | | - | |
| | | Estate Transfer | | - | |
| | | Ending Cash Balance | | - | |

{1} - Pursuant to the Bankruptcy Court's Order dated, May 16, 2014, Granting Motion of Bond Safeguard Insurance Company and Lexon Insurance Company to Lift the Automatic Stay and Authorizing the Sureties to Set Off Funds and/or Exercise Recoupment [D.I. 41], the Trustee shall hold in escrow all pre-petition contract funds received from Lexon Insurance Company for all pre-petition work performed by Debtors until further Order of the Court.

# LTCCorp, Inc.
## Cash Receipts and Disbursements
**For the Period (01/01/2015 - 01/31/2015)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (12/31/2014) | | $ 324,711.14 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collections of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | **TOTAL CASH RECEIPTS** | | - |
| **Cash Disbursements** | | | | |
| | | Payment to Secured Creditor | | - |
| *Third Party Services Provided* | | | | |
| 1/26/15 | 102 | International Surteties, LTD | Chapter 7 Blanket Bond | (316.09) |
| | | **Third Party Services Provided** | | (316.09) |
| *Bank Service Charges* | | | | |
| 1/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (419.10) |
| | | **Bank Service Charges** | | (419.10) |
| | | **TOTAL CASH DISBURSEMENTS** | | (735.19) |
| | | **Net Cash Activity through 01/31/15** | | (735.19) |
| | | Estate Transfer - LTC Government Services, Inc. | Transfer Funds to LTC Government Services, Inc. Funds were wired into Estate in Error | (250,000.00) |
| | | **Ending Cash Balance** | | 73,975.95 |

# LTCCORP Government Services, Inc.
## Cash Receipts and Disbursements
### For the Period (01/01/2015 - 01/31/2015)

| Trans. Date | [Ref #] / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (12/31/2014) | | $ 341,566.34 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| *Miscellaneous Refunds* | | | | |
| 1/8/15 | {1} | Workforce Safety & Insurance | Workers Compensation re: Account No.: 1292731 Refund | 8,182.15 |
| | | Miscellaneous Refunds | | 8,182.15 |
| *Sale of Assets* | | | | |
| 1/9/15 | {29} | Tom True Auto Sales | Proceeds from Sale of Certain De Minimis Assets to Tom True Auto Sales Pursuant to Order dated, January 7, 2015 [D.I. 345] | 90,000.00 |
| 1/13/15 | {29} | Rushville Automotive Specialists | Proceeds from Sale of Certain De Minimis Assets to Rushville Automotive Specialist Inc. Pursuant to Order dated, January 12, 2015 [D.I. 347] | 92,000.00 |
| 1/26/15 | {29} | Edwards Truck Sales, Inc. | Proceeds from Sale of Certain De Minimis Assets to Edwards Truck Sales, Inc. Pursuant to Order dated, January 23, 2015 [D.I. 354] | 99,500.00 |
| | | Sale of Assets | | 281,500.00 |
| | | **TOTAL CASH RECEIPTS** | | 289,682.15 |
| **Cash Disbursements** | | | | |
| | | Payments to Secured Creditor | | - |
| *Third Party Services Provided* | | | | |
| 1/8/2015 | 120 | Key Staffing Services, LLC | Invoice No.: 11423 | (3,199.30) |
| 1/12/2015 | 121 | Securitas Security Services USA, Inc. | For the Period of 12/5/14 through 12/18/14 | (906.56) |
| 1/16/2015 | 122 | Hill Archive | Storage for the Period of February 2015 | (114.28) |
| 1/26/2015 | 123 | International Sureties, Ltd | Chapter 7 Blanket Bond | (332.49) |
| 1/27/2015 | 124 | Key Staffing Services, LLC | Invoices 11485 & 11487 | (3,560.96) |
| 1/27/2015 | 125 | Gene's Plumbing Service, Inc. | Invoice No.: 25468ND (Building Winterization) | (1,984.00) |
| 1/27/2015 | 126 | CISP | Services for the Period of January 1, 2015 through January 31, 2015 | (4,116.29) |
| | | Third Party Services Provided | | (14,213.88) |
| *Bank Service Charges* | | | | |
| 1/30/15 | | RaboBank, N.A. | Bank and Technology Service Fee | (727.02) |
| | | Bank Service Charges | | (727.02) |
| | | **TOTAL CASH DISBURSEMENTS** | | (14,940.90) |
| | | Net Cash Activity through 01/31/15 | | 274,741.25 |
| | | Estate Transfer - LTC Corp, Inc. | Corrective entry for wire of proceeds from the sale of Debtors' Membership Interest in LTC Japan, G.K. to NES USA LLC [D.I. 304] from LTCCORP, Inc. to LTCCORP Government Services, Inc. | 250,000.00 |
| | | **Ending Cash Balance** | | 866,307.59 |

# LTCCORP Government Services-MI, Inc.
## Cash Receipts and Disbursements
### For the Period (01/01/2015 - 01/31/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (12/31/2014) | | $   51,397.18 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | **TOTAL CASH RECEIPTS** | | - |
| **Cash Disbursements** | | | | |
| | | Payment to Secured Creditor | | - |
| *Third Party Services Provided* | | | | |
| 1/26/15 | 103 | International Surteties, LTD | Chapter 7 Blanket Bond | (50.03) |
| | | **Third Party Services Provided** | | (50.03) |
| *Bank Service Charges* | | | | |
| 1/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (73.92) |
| | | **Bank Service Charges** | | (73.92) |
| | | **TOTAL CASH DISBURSEMENTS** | | (123.95) |
| | | **Net Cash Activity through 01/31/15** | | (123.95) |
| | | Estate Transfer | | - |
| | | Ending Cash Balance | | 51,273.23 |

# LTCCORP Government Services-OH, Inc.
## Cash Receipts and Disbursements
### For the Period (01/01/2015 - 01/31/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (12/31/2014) | | $ 101,007.57 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| *Sale of Assets* | | | | |
| 1/20/15 | {19} | A&H lakeshore JV LLC / Thomas Hardiman | Proceeds from Sale of Certain De Minimis Assets to A&H Contractors, Inc. Pursuant to Order dated, December 5, 2014 [D.I. 317] | 8,000.00 |
| | | | | - |
| | | Sale of Assets | | 8,000.00 |
| | | **TOTAL CASH RECEIPTS** | | 8,000.00 |
| **Cash Disbursements** | | | | |
| | | Payments to Secured Creditor | | - |
| *Third Party Services Provided* | | | | |
| 1/26/15 | 103 | International Surteties, LTD | Chapter 7 Blanket Bond | (98.33) |
| | | Third Party Services Provided | | (98.33) |
| *Bank Service Charges* | | | | |
| 1/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (177.00) |
| | | Bank Service Charges | | (177.00) |
| | | **TOTAL CASH DISBURSEMENTS** | | (275.33) |
| | | Net Cash Activity through 01/31/15 | | 7,724.67 |
| | | Estate Transfer | | - |
| | | **Ending Cash Balance** | | 108,732.24 |