UNITED STATES BANKRUPTCY COURT
DISTRICT OF __Delaware__

In re __LTC Holdings, Inc.__         Case No. __14-11111__
        Debtors

MONTHLY OPERATING REPORT
*For the Period 02/01/2015 through 02/28/2015*

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | X | |
| Certificates of Insurance: | | |
|    Workers Compensation | | |
|    Property | | |
|    General Liability | | |
|    Vehicle | | |
|    Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | | |
|    General Operating Account | | |
|    Other: | | |
|    Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____            _____
Alfred T. Giuliano - Chapter 7 Trustee              Date  3/15/15

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(9/99)

# LTC Holdings Corp.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| | LTC Holdings, Inc. | LTCCorp, Inc. | LTCCorp Government Services, Inc. | LTCCorp Government Services-MI, Inc. | LTCCorp Government Services-OH, Inc. | LTC Holdings Corp |
|---|---|---|---|---|---|---|
| | *14-11111* | *14-11112* | *14-11113* | *14-11115* | *14-11116* | |
| Beginning Cash Balance - January 31, 2014 | - | 73,975.95 | 866,307.59 | 51,273.23 | 108,732.24 | 1,100,289.01 |
| Bank of Montreal - Turnover of Funds | - | - | - | - | - | - |
| Turnover of Funds - Other | {1} | - | - | - | - | - |
| Collection of Accounts Receivable | - | - | - | - | - | - |
| Miscellaneous Refunds | - | - | - | - | - | - |
| Sale of Assets | - | - | - | - | - | - |
| TOTAL CASH RECEIPTS | - | - | - | - | - | - |
| Payments to Secured Creditor | - | - | - | - | - | - |
| Third Party Services Provided | - | - | (6,508.58) | - | - | (6,508.58) |
| Bank and Technology Service Fee | - | (99.36) | (1,165.54) | (68.84) | (145.98) | (1,479.72) |
| TOTAL CASH DISBURSEMENTS | - | (99.36) | (7,674.12) | (68.84) | (145.98) | (7,988.30) |
| Net activity for the month of December | - | (99.36) | (7,674.12) | (68.84) | (145.98) | (7,988.30) |
| Transfers | - | - | - | - | - | - |
| Ending Cash Balance - February 28, 2015 | - | 73,876.59 | 858,633.47 | 51,204.39 | 108,586.26 | 1,092,300.71 |

{1} - Pursuant to the Bankruptcy Court's Order dated, May 16, 2014, Granting Motion of Bond Safeguard Insurance Company and Lexon Insurance Company to Lift the Automatic Stay and Authorizing the Sureties to Set Off Funds and/or Exercise Recoupment [D.I. 41], the Trustee shall hold in escrow all pre-petition contract funds received from Lexon Insurance Company for all pre-petition work performed by Debtors until further Order of the Court.

# LTC Holdings, Inc.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity | |
|---|---|---|---|---|---|
| | | Beginning Cash on Hand (01/31/2015) | | $ - | |
| **Cash Receipts** | | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - | |
| | | Turnover of Funds - Other | | - | {1} |
| | | Collections of Accounts Receivable | | - | |
| | | Miscellaneous Refunds | | - | |
| | | Sale of Assets | | - | |
| | | TOTAL CASH RECEIPTS | | - | |
| **Cash Disbursements** | | | | | |
| | | Payment to Secured Creditor | | - | |
| | | Third Party Services Provided | | - | |
| | | Bank Service Charges | | - | |
| | | TOTAL CASH DISBURSEMENTS | | - | |
| | | Net Cash Activity through 02/28/15 | | - | |
| | | Estate Transfer | | - | |
| | | Ending Cash Balance | | - | |

{1} - Pursuant to the Bankruptcy Court's Order dated, May 16, 2014, Granting Motion of Bond Safeguard Insurance Company and Lexon Insurance Company to Lift the Automatic Stay and Authorizing the Sureties to Set Off Funds and/or Exercise Recoupment [D.I. 41], the Trustee shall hold in escrow all pre-petition contract funds received from Lexon Insurance Company for all pre-petition work performed by Debtors until further Order of the Court.

# LTCCorp, Inc.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (01/31/2015) | | $ 73,975.95 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collections of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | TOTAL CASH RECEIPTS | | - |
| **Cash Disbursements** | | | | |
| | | Payment to Secured Creditor | | - |
| | | Third Party Services Provided | | - |
| ***Bank Service Charges*** | | | | |
| 2/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (99.36) |
| | | Bank Service Charges | | (99.36) |
| | | TOTAL CASH DISBURSEMENTS | | (99.36) |
| | | Net Cash Activity through 02/28/15 | | (99.36) |
| | | | | - |
| | | Ending Cash Balance | | 73,876.59 |

# LTCCORP Government Services, Inc.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (01/31/2015) | | $ 866,307.59 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | TOTAL CASH RECEIPTS | | - |
| **Cash Disbursements** | | | | |
| | | Payments to Secured Creditor | | - |
| *Third Party Services Provided* | | | | |
| 2/9/2015 | 127 | Securitas Security Services USA, Inc. | Services for the Period of 12/19/14 - 01/08/15 | (976.29) |
| 2/16/2015 | 128 | CISP | Services for the Period of February 2015 | (4,116.29) |
| 2/16/2015 | 129 | Hill Archive | Storage for the Period of March 2015 | (114.28) |
| 2/17/2015 | 130 | Securitas Security Services USA, Inc. | Services for the Period of 01/09/2015 - 02/05/2015 | (1,301.72) |
| | | Third Party Services Provided | | (6,508.58) |
| *Bank Service Charges* | | | | |
| 2/27/15 | | RaboBank, N.A. | Bank and Technology Service Fee | (1,165.54) |
| | | Bank Service Charges | | (1,165.54) |
| | | TOTAL CASH DISBURSEMENTS | | (7,674.12) |
| | | Net Cash Activity through 02/28/15 | | (7,674.12) |
| | | | | - |
| | | Ending Cash Balance | | 858,633.47 |

# LTCCORP Government Services-MI, Inc.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (01/31/2015) | | $ 51,273.23 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | TOTAL CASH RECEIPTS | | - |
| **Cash Disbursements** | | | | |
| | | Payment to Secured Creditor | | - |
| | | Third Party Services Provided | | - |
| *Bank Service Charges* | | | | |
| 2/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (68.84) |
| | | Bank Service Charges | | (68.84) |
| | | TOTAL CASH DISBURSEMENTS | | (68.84) |
| | | Net Cash Activity through 02/28/15 | | (68.84) |
| | | Estate Transfer | | - |
| | | Ending Cash Balance | | 51,204.39 |

# LTCCORP Government Services-OH, Inc.
## Cash Receipts and Disbursements
For the Period (02/01/2015 - 02/28/2015)

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Net Activity |
|---|---|---|---|---|
| | | Beginning Cash on Hand (01/31/2015) | | $ 108,732.24 |
| **Cash Receipts** | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - |
| | | Turnover of Funds - Other | | - |
| | | Collection of Accounts Receivable | | - |
| | | Miscellaneous Refunds | | - |
| | | Sale of Assets | | - |
| | | **TOTAL CASH RECEIPTS** | | - |
| **Cash Disbursements** | | | | |
| | | Payments to Secured Creditor | | - |
| | | Third Party Services Provided | | - |
| ***Bank Service Charges*** | | | | |
| 2/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | (145.98) |
| | | Bank Service Charges | | (145.98) |
| | | **TOTAL CASH DISBURSEMENTS** | | (145.98) |
| | | Net Cash Activity through 02/28/15 | | (145.98) |
| | | Estate Transfer | | - |
| | | **Ending Cash Balance** | | 108,586.26 |