IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LTC HOLDINGS, INC., *et al.*,[1] | : | Case No. 14-11111 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : Hearing Date: May 5, 2015 at 10:00 a.m. | |
| | : Objection Deadline: April 28, 2015 at 4:00 p.m. | |

## CERTIFICATION OF NO OBJECTION REGARDING D.I. NOS. 409 AND 410

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion of Linklaters LLP for Allowance of First Interim Compensation for Services Rendered and Reimbursement of Expenses as Special Co-Counsel to the Trustee for the Period June 5, 2014 through November 30, 2014 [SEALED Docket No. 409; Filed on April 10, 2015] and [Docket No. 410; Filed on April 10, 2015]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than April 28, 2015 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**FOX ROTHSCHILD LLP**

By: */s/ L. John Bird*
L. John Bird (DE # 5310)
919 N. Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444/Fax (302) 656-8920
lbird@foxrothschild.com

-and-

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

ACTIVE 29903298v1

                                          Michael G. Menkowitz  
                                          2000 Market Street, 20th Floor  
                                          Philadelphia, PA 19103-3222  
                                          (215) 299-2000/Fax (215) 299-2150  
                                          mmenkowitz@foxrothschild.com

Dated: May 1, 2015             Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of LTC Holdings, Inc. *et al.*