IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| LTC HOLDINGS, INC., *et al.*,[1] | : | Case No. 14-11111 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | Hearing Date: May 5, 2015 at 10:00 a.m. |
| | : | Objection Deadline: April 16, 2015 at 4:00 p.m. |

## CERTIFICATION OF NO OBJECTION REGARDING D.I. NO. 395

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the *Fifth Motion of Chapter 7 Trustee for Order Further Extending the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. Sections 365(a) and (d), and Fed. R. Bankr. P. 9006* (the "Motion") filed on March 26, 2015.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than April 16, 2015 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

**FOX ROTHSCHILD LLP**

By: */s/ L. John Bird*
 L. John Bird (DE # 5310)
 919 N. Market Street, Suite 300
 P.O. Box 2323
 Wilmington, DE  19899-2323
 (302) 654-7444/Fax (302) 656-8920
 lbird@foxrothschild.com

-and-

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

ACTIVE 29903053v1

                                  Michael G. Menkowitz  
                                  Jason C. Manfrey  
                                  2000 Market Street, 20th Floor  
                                  Philadelphia, PA 19103-3222  
                                  (215) 299-2000/Fax (215) 299-2150  
                                  mmenkowitz@foxrothschild.com  
                                  jmanfrey@foxrothschild.com

Dated:  May 1, 2015                Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of LTC Holdings, Inc. *et al.*