**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| LTC HOLDINGS, INC., | : | Case No. 14-11111 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objections Due:  4/28/15 @ 4:00 p.m.** |
| | : | **Hearing Date:  5/5/15 @ 10:00 a.m.** |
| | : | |
| | : | **Re:  D.I. 417** |

**CERTIFICATION OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no objection or other response to the Motion To Deem Late Filed Proof of Claim as Tardily Filed Under 11 U.S.C. § 726(a)(2)(C) and To Amend Proof of Claim  (the "Motion"), filed on April 17, 2015.  The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other response to the Motion appears thereon.  Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than 4:00 p.m. on April 28, 2015.

It is respectfully requested that the form of order attached to the Motion be entered at the Court's earliest convenience.

 Dated:  May 1, 2015                                             MACAULEY LLC


                                                                                /s/Thomas G. Macauley
                                                                                Thomas G. Macauley (ID No. 3411)
                                                                                300 Delaware Avenue, Suite 760
                                                                                Wilmington, DE 19801
                                                                                Telephone:  (302) 656-0100
                                                                                Facsimile:  (302)654-4362

                                                                                Attorneys for Fox