## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| LTC HOLDINGS, INC. *et al.*, ) | Case No. 14-11111 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: D.I. 417 |

### ORDER

Upon consideration of Fox's d/b/a Fox Logistics & Construction and d/b/a Fox Construction Company ("Fox"), Motion To Deem Late Filed Proof of Claim as Tardily Filed Under 11 U.S.C. § 726(a)(2)(C) and To Amend Proof of Claim ("Motion"); and it appearing that notice of the Motion is appropriate and adequate under the circumstances and that no further notice need be given; and finding that Fox did not have notice or actual knowledge of these cases in time for timely filing of a proof of claim; and finding that Fox's proof of claim was filed in time to permit a distribution to be made (if any) on such claims; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. Fox's three proofs of claim (Nos. 211, 214 and 215) in the case of LTCCorp Government Services, Inc. are amended to assert a single non-priority general unsecured claim in the amount of $28,243,347.37.

2. That amended claim is deemed to be tardily filed under 11 U.S.C. § 726(a)(2)(C).

3. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 1, 2015

_____
The Honorable Christopher C. Sontchi
United States Bankruptcy Judge