## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LTC HOLDINGS, INC., *et al.*,[1] | Case No. 14-11111 (CSS) |
| | (Jointly Administered) |
| Debtors. | |
| | Related Docket No. 450 |

**CERTIFICATION OF SERVICE OF CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF WEBBER WENTZEL AS SPECIAL CO-COUNSEL TO THE CHAPTER 7 TRUSTEE IN THE WEATHERFORD ACTION, PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1, *NUNC PRO TUNC* TO MARCH 18, 2015**

MAGDALENA SCHARDT, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorneys for Alfred T. Giuliano, the Chapter 7 Trustee in the above proceedings.

2. On May 18, 2015, I caused a true and correct copy of the *Chapter 7 Trustee's Motion for an Order Authorizing the Retention and Employment of Webber Wentzel as Special Co-Counsel to the Chapter 7 Trustee in the Weatherford Action, Pursuant to 11 U.S.C. §§ 327 (a) and 328(a), Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1, Nunc Pro Tunc to March 18, 2015* (the "Motion"), *Proposed form of Order related to the Motion* and *Notice of Motion* to be served in the manner indicated on the parties on the attached **Service List "A"**.

3. On May 18, 2015, I caused a true and correct copy of the *Notice of Motion* to be served, *via* U.S. Postal Service, First Class Mail, postage pre-paid, on the interested persons and counsel on the attached **Service List "B"**.

**FOX ROTHSCHILD LLP**

By: /s/ *Magdalena Schardt*
 Magdalena Schardt
 2000 Market Street, Twentieth Floor
 Philadelphia, PA 19103-3222
 (215) 299-2000/Fax (215) 299-2150
Dated: May 19, 2015 mschardt@foxrothschild.com

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) LTC Holdings, Inc. (3283) (Case No. 14-11111); (ii) LTCCORP, Inc. (1361) (Case No. 14-11112); (iii) LTCCORP Government Services, Inc. a/k/a Lakeshore Toltest Corporation; LTC (2894) (Case No. 14-11113); (iv) LTCCORP Government Services-MI, Inc. a/k/a Lakeshore Engineering Services, Inc.; Lakeshore Group; LTC Corp Michigan; LTC Michigan (8977) (Case No. 14-11115); (v) LTCCORP Government Services-OH, Inc. a/k/a TolTest, Inc.; LTC; LTC Ohio; LTC Corp; LTC Corp Ohio (1985) (Case No. 14-11116); and (vi) LTCCORP E&C Inc. (6406) (Case No. 14-11117).

**Service List "A"**
(*Via* **Federal Express, Priority Overnight Services**)

Juliet M. Sarkessian
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801

Jennifer R. Hoover, Esquire
Kevin M. Capuzzi, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave., Suite 801
Wilmington, DE  19801

BMO Harris Bank, N.A.
C/O Richard M. Beck, Esquire
Sally E. Veghte, Esquire
Klehr Harrison Harvey Branzburg Llp
919 Market Street, Suite 1000
Wilmington, DE  19801

## Service List "B"

| | | |
|---|---|---|
| Michael R. Nestor, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Justin H. Rucki, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | Alfred Thomas Giuliano, Chapter 7 Trustee<br>Giuliano Miller & Co., LLC<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, NJ 08091-9216 |
| United States Trustee<br>Attn: Juliet Sarkessian<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | BMO Harris Bank, N.A.<br>c/o David T.B. Audley, Esquire<br>Michael T. Benz, Esquire<br>Chapman & Culter LLP<br>111 West Monroe Street<br>Chicago, IL 60603 | BMO Harris Bank, N.A.<br>c/o Richard M. Beck, Esquire<br>Sally E. Veghte, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Bond Safeguard Insurance Company & Lexon Insurance Company<br>c/o Jason C. Powell, Esquire<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Stephen M. Miller, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-1750 | Bond Safeguard Insurance Company & Lexon Insurance Company<br>c/o Lee E. Woodard, Esquire<br>Harris Beach, LLC<br>333 West Washington Street, Suite 200<br>Syracuse, NY 13202<br><br>Thomas J. Francella, Jr., Esquire<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801 | Christopher A. Ward, Esquire<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br><br>AIG & The Insurance Company of the State of Pennsylvania<br>c/o Armen Shahinian, Esquire<br>James D. Ferrucci & Scott A. Zuber<br>Wolff & Samson PC<br>One Boland Drive<br>West Orange, NJ 07052 |
| Michael J. Connick, Esquire<br>Connick & Associates, L.P.A.<br>North Point Tower, Suite 1720<br>1001 Lakeside Avenue<br>Cleveland, OH 44114 | Mr. Robert Newberry<br>772D Enterprise Sourcing Squadron<br>2261 Hughes Ave., Suite 163<br>JBSA Lackland, TX 78236-9853 | Anne L. Meyers, Esquire<br>Meyers, Roman, Friedberg & Lewis<br>28601 Chagrin Boulevard, Suite 500<br>Cleveland, Ohio 44122 |
| Paul Stanley<br>21 Bective Avenue<br>Kilmessan Navan<br>Republic of Ireland | Charles E. Canter, Esquire<br>U.S. Department of Justice, Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044 | Bankruptcy Administration<br>GE Information Techonolgy Solutions, Inc.<br>f/d/b/a IKON Financial Services<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 |
| Edward J. Kosmowski, Esquire<br>The Law Office of Edward J. Kosmowski<br>2 Mill Road, Suite 202<br>Wilmington, DE 19806 | Bob Van Galoubandi, Esquire<br>Rosenberg Martin Greenberg LLP<br>1105 Market Street, Suite 1800<br>Wilmington, DE 19801 | David G. Aelvoet, Esquire<br>Linebarger Goggan Blair & Sampson LLP<br>711 Navarro Street, Suite 300<br>San Antonio, TX 78205 |
| John Mark Stern<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Joseph Corrigan<br>Iron Mountain Information Management LLC<br>One Federal Street<br>Boston, MA 02110 | William E. Chipman, Jr., Esquire<br>Chipman Brown Cicero & Cole LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 |
| Jason J. DeJonker, Esquire<br>Seyfarth Shaw LLP<br>131 South Dearborn Street, Suite 2400<br>Chicago, IL 60603 | Lee Gordon, Esquire<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680 | Shawn M. Christianson, Esquire<br>Buchalter Nemer, A Professional Corporatio<br>55 Second Street, 17th Fl.<br>San Francisco, CA 94105-3493 |
| Michigan Dept of State<br>Accounts Receivable<br>Richard Austin Building<br>Lansing, MI 48933 | Jeffrey Dailey, Claims Advocate<br>Legal and Claims Practice<br>Financial Services Group<br>Aon Risk Insurance Services West, Inc.<br>1900 16th Street, Suite 1000<br>Denver, CO 80202 | Daniel Harvatin, Broker<br>Financial Services<br>Aon Risk Solutions<br>8182 Maryland Avenue<br>St. Louis, MO 63105 |

| | | |
|---|---|---|
| Carolynn Burns, Managing Director<br>Corporate Risk Solutions, LLC<br>360 Lexington Avenue<br>New York, NY 10017 | Thomas A. Larkin, Esquire<br>Stewart, Sokol & Larkin LLC<br>2300 SW First Avenue, Suite 200<br>Portland, OR 97201 | Evan T. Miller, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Michael D. Warner, Esquire<br>Cole Schotz P.C.<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX 76102 | Therese A. Scheuer, Esquire<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Pete V. Domenici, Jr., Esquire<br>Domenici Law Firm, PC<br>320 Gold Avenue, SW – Suite 1000<br>Albuquerque, NM 87102 |
| Bill Schuette, Attorney General<br>Allison M. Dietz, Assistant Attorney General<br>State of Michigan, Department of Treasury<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Boulevard<br>Detroit, MI 48202 | Custom Mechanical Systems Corp.<br>Attn: Ernest Enrique, Chief Executive Officer<br>1480 Ford Street<br>Maumee, OH 43537 | Ben Carroll<br>Linklaters LLP<br>One Silk Street<br>London EC2Y 8HQ<br>United Kingdom |
| Thomas O. Crist<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 | William Schonberg<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 | David W. Mellott<br>Benesch, Friedlander, Coplan & Aronoff LI<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 |
| John M. Banks<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 | James S. Yoder, Esquire<br>White and Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | David C. Hartnett, Esquire<br>Crenshew, Ware & Martin, PLC<br>150 W. Main Street, Suite 1500<br>Norfolk, VA 23510 |
| Michigan Department of State<br>Action Processing Unit<br>Secondary Complex, 1st Floor<br>Lansing, MI 48909-7697 | Thyssenkrupp Elevator<br>c/o CST CO<br>PO Box 224768<br>Dallas, TX 75222-4768 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Charles M. Tatelbaum, Esquire<br>Tripp Scott, P.A.<br>110 S.E. Sixth Street<br>Fifteenth Floor<br>Fort Lauderdale, FL 33301 | Evergreen National Indemnity Company<br>c/o Wan Collier, Esquire<br>6140 Parkland Boulevard, Suite 321<br>Mayfield Heights, OH 44124 | Evergreen National Indemnity Company<br>c/o Richard S. Cobb, Esq.<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| BMO Harris Bank, N.A.<br>c/o Michael T. Benz<br>111 West Monroe Street<br>Chicago, IL 60603 | Patricia B. Fugée<br>Roetzel & Andress, LPA<br>One SeaGate, Suite 1700<br>Toledo, OH 43604 | Colm F. Connolly, USA<br>Office of the U.S. Attorney<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 |
| IRS District Director<br>1352 Marrows Road<br>Newark, DE 19711-5445 | IRS<br>31 Hopkins Plaza – Room 1150<br>Baltimore, MD 21201 | Office of Delaware State Treasurer<br>820 Silver Lake Blvd. #100<br>Dover, DE 19904-2464 |
| Office of Delaware Secretary of State<br>Division of Corporations<br>401 Federal Street<br>Dover, DE 19901 | Internal Revenue Service<br>Attn: Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19104-7346 | Jeffrey Bullock, DE Secretary of State<br>Div. of Corporations – Franchise Tax<br>401 Federal Street, Suite 3<br>Dover, DE 19901 |

| | | |
|---|---|---|
| Delaware Secretary of State<br>Division of Corporations – Bankruptcy Unit<br>401 Federal Street, Suite 1<br>Dover, DE 19901 | State of Delaware<br>Division of Accounting<br>820 Silver Lake Blvd., Suite 200<br>Dover, DE 19904-2464 | Office of Delaware Attorney General<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE 19801 |
| United States Securities & Exchange Commission<br>Office of General Counsel – Bankruptcy<br>Attn: Michael A. Berman<br>100 F Street, N.E.<br>Washington, D.C. 20549 | SEC Regional Office<br>Branch of Reorganization<br>3475 Lenox Road NE, Suite 100<br>Atlanta, GA 30326 | Delaware State Division Of Revenue<br>20653 DuPont Blvd # 2<br>Georgetown, DE 19947 |