# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: LTCCORP Government Services-OH Inc.<br><br>Debtor | Chapter 7<br>Case No. 14-11116-CSS |

## WITHDRAWAL OF CLAIM NUMBER 67

NOW COMES Creditor Sullivan and Merritt Constructors, Inc. ("SMCI"), by and through counsel, and hereby withdraws Claim Number 67 filed on August 12, 2014 in the amount of $124,115.00.

DATED at Portland, Maine, this 17th day of June, 2015.

_____
Michael D. Traister, Esq.
Attorney for Claimant Sullivan and Merritt Constructors, Inc.

MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
(207) 773-5651