UNITED STATES BANKRUPTCY COURT
DISTRICT OF __Delaware__

In re __LTC Holdings, Inc.__　　　　　　　　　　Case No. __14-11111__
　　　　Debtors

## MONTHLY OPERATING REPORT
*For the Period 02/01/2019 through 02/28/2019*

**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | X | |
| Certificates of Insurance: | | |
| 　Workers Compensation | | |
| 　Property | | |
| 　General Liability | | |
| 　Vehicle | | |
| 　Other: | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| 　Tax Escrow Account | | |
| 　General Operating Account | | |
| 　Other: | | |
| 　Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_/s/ Alfred T. Giuliano_　　　　　　　　　　　　　　3/1/19
Alfred T. Giuliano - Chapter 7 Trustee　　　　　　　Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(9/99)

# LTC Holdings, Inc.
## Cash Receipts and Disbursements
**For the Period (02/01/2019 - 02/28/2019)**

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Lexon (******7366) Net Activity | Checking (******7367) Net Activity | Tax Refunds (******7368) Net Activity | Net Activity |
|---|---|---|---|---|---|---|---|
| | | **Beginning Cash on Hand (1/31/2019)** | | 4,288,008.18 | - | 5,388,821.61 | 9,676,829.79 |
| **Cash Receipts** | | | | | | | |
| | | BMO Harris Bank, NA (Turnover of Funds) | | - | - | - | - |
| | | Turnover of Funds - Other | | - | - | - | - |
| | | Collections of Accounts Receivable | | - | - | - | - |
| | | Miscellaneous Refunds | | - | - | - | - |
| | | Settlement of Preferences | | - | - | - | - |
| | | Sale of Assets | | - | - | - | - |
| *Miscellaneous Cash Collections* | | | | | | | |
| 2/28/2019 | {85} | AT&T Mobility Wireless Data Services Sale Tax Litigation | ATTM Settlement re: Pennsyvlanvia Sales & Use Tax ($1.24), State Gross Receipts ($0.88) | 2.12 | - | - | 2.12 |
| 2/28/2019 | {85} | AT&T Mobility Wireless Data Services Sale Tax Litigation | ATTM Settlement re: Louisiana Sales Tax ($9.68) | 9.68 | - | - | 9.68 |
| | | **Miscellaneous Cash Collections** | | 11.80 | - | - | 11.80 |
| | | **TOTAL CASH RECEIPTS** | | 11.80 | - | - | 11.80 |
| **Cash Disbursements** | | | | | | | |
| | | Payment to Secured Creditor | | - | - | - | - |
| *Third Party Services Provided* | | | | | | | |
| 2/18/2019 | 153 | Hill Archive | Invoice No.: 038995 Storage for Period of March 2019 | (936.75) | - | - | (936.75) |
| | | **Third Party Services Provided** | | (936.75) | - | - | (936.75) |
| *Miscellaneous Cash Disbursements* | | | | - | - | - | - |
| | | | | - | - | - | - |
| | | Miscellaneous Cash Disbursements | | - | - | - | - |
| | | Bank Service Charges | | - | - | - | - |
| | | **TOTAL CASH DISBURSEMENTS** | | (936.75) | - | - | (936.75) |
| | | **Net Cash Activity through 01/31/2019** | | (924.95) | - | - | (924.95) |
| | | Interbank Transfer | | - | - | - | - |
| | | **Ending Cash Balance** | | 4,287,083.23 | - | 5,388,821.61 | 9,675,904.84 |